UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DESHAWN SPEIGHT,<br><br>Petitioner,<br><br>v.<br><br>DAVE DAVEY,<br><br>Respondent. | No. 2:15-cv-00209-TLN-DB<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Petition, ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2017, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 23.)  Respondent filed objections to the findings and recommendations.  (ECF No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 9, 2017, (ECF No. 23) are ADOPTED in full;
2. Respondent's motion to dismiss (ECF No. 16) is GRANTED in part and DENIED in part;
    a. Respondent's motion to dismiss the Petition on lack of jurisdiction is DENIED;
    b. Respondent's motion to dismiss Petitioner's claims regarding petitioner's 2010 sentence is GRANTED and the Court dismisses the allegations that Petitioner raises in Claim 7 of the Petition that Petitioner's trial counsel was ineffective for failing to object to Petitioner's 25-year to life sentence on the grounds that the sentence violates the Eighth Amendment; and
3. This action to remain open.

Dated: February 27, 2017

Troy L. Nunley
United States District Judge