UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DESHAWN SPEIGHT,<br><br>Petitioner,<br><br>v.<br><br>DAVE DAVEY,<br><br>Respondent. | No. 2:15-cv-0209 TLN DB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 1, 2017, respondent's motion to dismiss was granted in part following the district judge's adoption in full of the undersigned's findings and recommendations. Shortly thereafter, plaintiff filed a notice of interlocutory appeal, which has now been dismissed by the Ninth Circuit Court of Appeals for lack of jurisdiction.

Accordingly, IT IS HEREBY ORDERED that respondent shall file an answer to the petition within thirty days from the date of this order

Dated: June 2, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
DB/Inbox/Routine/spei0209.resp

1