IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTOPHER DESHAWN SPEIGHT,** | Case No. 2:15-cv-00209-TLN-DB |
| Petitioner, | **ORDER** |
| v. | |
| **DAVE DAVEY,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including August 2, 2017.

Dated: June 28, 2017

/DLB7;
DB/Inbox/Routine/spei0209.eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1