1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KRISTOPHER DESHAWN SPEIGHT,          No.  2:15-cv-00209-TLN-DB

12                  Petitioner,

13        v.                              ORDER

14   DAVE DAVEY,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  On March 1, 2017, the Court adopted the magistrate

19   judge's findings and recommendations (ECF No. 23) to grant respondent's motion to dismiss in

20   part.  Plaintiff then filed a notice of interlocutory appeal (ECF No. 28), which has now been

21   dismissed by the Ninth Circuit Court of Appeals for lack of jurisdiction (ECF No 30).  Petitioner

22   then filed the instant motion for a certificate of appealability (ECF No. 31). This latter motion

23   will be denied because a final order adverse to Petitioner has not been entered.  *See* 28 U.S.C. §

24   2253(c).

25   / / /

26   / / /

27   / / /

28   / / /

                                    1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for certificate of appealability (ECF No. 31) is denied.

Dated: August 29, 2017

Troy L. Nunley
United States District Judge